# Exhibit A

# GLENCORE — MARINE FUEL DELIVERY RECEIPT

GLENCORE LTD. - Three Stamford Plaza - 301 Tresser Boulevard 15th Floor
Stamford, Connecticut 06901 • Phone – 1-203-328-3162

| VESSEL NAME: | IMO #: | ORDER #: | BARGE NAME: | DATE: |
|---|---|---|---|---|
| MT NAVE PHOTON | 9371608 | 1873894 | MT MISS CLAUDIA | 11-MAR-2018 |

| LOADING TERMINAL LOCATION: | DELIVERY LOCATION: |
|---|---|
| HFOT/BOSTCO (HOUSTON) | GOLA |

| PRODUCT | GROSS BBLS | NET BBLS | WEIGHT M. TONS |
|---|---|---|---|
| HSFO | 30673.83 | 29919 | 4710.392 |
| LSMGO | 1216 | 1201 | 160.207 |
|  |  |  |  |

## PROPERTIES

| GRADE | VISCOSITY CST AT 50°C/122°F | API AT 60°F | DENSITY AT 15C | TEMP °F | FLASH °F | POUR °F | WATER %Vol. | SULPHUR %M/M | | DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HSFO | 369.1 | 11.4 | .9896 | 124.5 | 205 | 37.4 | 0.20 | 2.94 | BARGE ALONGSIDE | 10/3/18 | 2200 |
|  |  |  |  |  |  |  |  |  | HOSE CONNECTED | 11/3/18 | 0342 |
|  |  |  |  |  |  |  |  |  | STARTED PUMPING | 11/3/18 | 0348 |
| MGO | 2.380 | 36.8 | .8406 | 86.3 | 150 | (-)22 | — | 0.894 | FINISHED PUMPING | 11/3/18 | 1542 |
|  |  |  |  |  |  |  |  |  | HOSE DISCONNECTED | 11/3/18 | |
|  |  |  |  |  |  |  |  |  | BARGE AWAY | 11/3/18 | |

**The fuel oil supplied is in conformity with the applicable subparagraph of regulation 14 (1) or 14 (4) and regulation 18 (3) of MARPOL Annex VI.**

The marine fuel described herein is delivered in accordance with Glencore Ltd.'s Standard Terms and Conditions for the Sale of Marine Fuels dated December 2015 (a copy of which is available on request) and on credit of the vessel. Any disclaimers as to the creation of a maritime lien in the amount of the purchase price and delivery charges and/or restrictions as to the authority of the ship's officer signing this Receipt to bind the vessel and her owner to the above are null and void, unless an authorized representative of Glencore Ltd. shall have otherwise agreed in writing at the time Buyer initially orders the marine fuel. Failing such agreement, delivery shall, under no circumstances, constitute a waiver by Glencore Ltd. of the above.

If Marine Fuel sold contains 0.1 wt% sulfur (maximum) as recorded above under Properties, then the fuel is designated as ECA Marine Fuel for use in Category 3 (C3) marine vessels only. 1,000 ppm sulfur (maximum) ECA Marine Fuel. For use in Category 3 marine vessels only. Not for use in engines not installed on C3 marine vessels.

If Marine Fuel sold contains greater than 0.1 wt% sulfur as recorded above under Properties, then the fuel is High Sulfur Fuel. High Sulfur Fuel. For use only in ships as allowed by MARPOL Annex VI, Regulation 3 or Regulation 4.

REMARKS:

---

BARGE SAMPLE (SUPPLIER): SEAL #: HSFO-GW46710, MGO-GW46747

BARGE SAMPLE (VESSEL): SEAL #: HSFO-GW984311, MGO-GW467746

MARPOL ANNEX VI SAMPLE: SEAL #: HSFO(SPLR)GW467205, MGO(SPLR)GW-467085, HSFO(VSL)-GW4983, MGO(VSL)-467841

SAMPLES GIVEN TO CUSTOMER: ☑ YES ☐ REFUSED

GAUGES WITNESSED BY SHIP'S REPRESENTATIVE: ☑ BEFORE ☐ AFTER ☐ DECLINED

DELIVERING COMPANY: GLENCORE
BY: ASHWANI KUMAR
CH/OFF
DATE: 11-MAR-2018

DECLARATION OF MASTER/CHIEF ENGINEER
I declare that the information given above is true and correct to the best of my knowledge and belief; that I have knowledge of the facts set forth herein; that the articles described in this notice of lading were received in the quantities stated, from the person, and on the date, indicated above; that said articles were laden on the vessel named above for use on said vessel as supplies, except as noted below.

Received for use as bunkers together with representative sample, the quantities shown above. Exact quantities shown are subject to correction in case of error.

MASTER/CHIEF ENGINEER: [signature]
Letter of Protest Issued: ☑ Yes ☐ No
DATE: 11/03/2018   SHIP STAMP:

WHITE-OFFICE   PINK-OFFICE   CANARY-OFFICE   GOLDENROD-SHIP

# NAVIOS TANKERS MANAGEMENT INC

## LETTER OF PROTEST

| | | | | |
|---|---|---|---|---|
| **VESSEL:** | **NAVE PHOTON** | | **PORT:** | **GALVESTON OFFSHORE LLIGHTERING AREA ANCHO** |
| **VOYAGE:** | **3** | **DATE:** 11-Mar-2018 | **BERTH:** | **GALVESTON OFFSHORE ANCHORAGE** |
| **TO:M/T** | **MISS CLAUDIA** | | | |

From     MASTER/NAVE PHOTON

### Re: FAILURE TO SUPPLY BUNKER NOMINATION

Please be advised that, from the Bunker Receipt presented, the following difference between Nomination and the Bunker Receipt figure is noted :-

| Grade | MGO-DMA 0.1% | |
|---|---|---|
| **NOMINATIO QUANTITY** | 160 | M/T |
| **Bunker Receipt** | 160.00 | M/T |
| **VESSEL RECEIVED** | 125.60 | M/T |
| **SHORTAGE** | 34.40 | M/T |

This letter is to notify you that, on behalf of my vessel's owners and charterers, I hold you responsible for the loss / costs sustained as a result of this incident.

We reserve the right to revert on this matter at a future date

Yours faithfully,

Georgouleas Angelos M.

Master

CH.ENGINEER

THIS IS TO RECORD THAT THE 4/E FROM "NAVE PHOTON" WITNESSED THE OPENING & CLOSING GUAGING & CALCULATIONS ONBOARD "MISS CLAUDIA" AND VERIFIED THE MGO DISCHARGED QTY. AS PER ULLAGE REPORT.

Received

Name

M/T "MISS CLAUDIA"

FOR RECEIPT ONLY

TMS TANKERS LTD

## BUNKER SURVEY REPORT

Work Form WF/OPS/524
Issue Date: 01.05.10
Revision No: 000
Authorised By: GM(T)

Vessel: M/T NAVE PHOTON  Date: 10/3/2018  Time: 22:30
Port: GOLA  Arrival ☐  Departure ☐

PRIOR BUNKERING

### FUEL OIL TANKS

| Tank Name | Ulage | Observed Volume | Observed Temp. 0C | V.C.F Table 54B | G.S.V | Density at 15 0C | Metric Tonnes |
|---|---|---|---|---|---|---|---|
| No 1 P | 2,610.00 | 0.00 | 39 | 0.9836 | 0 | 0.9896 | - |
| No 2 S | 2,610.00 | 0.00 | 39 | 0.9836 | 0 | 0.9896 | - |
| No 3 S | 1,135.00 | 469.20 | 24 | 0.9938 | 466.291 | 0.9779 | 455.473 |
| SETT No 1 | | 46.70 | 80 | 0.9544 | 44.570 | 0.9779 | 43.536 |
| SETT No 2 | | 69.30 | 55 | 0.9721 | 67.367 | 0.9779 | 65.804 |
| SERV No 1 | | 66.00 | 80 | 0.9544 | 62.990 | 0.9779 | 61.529 |
| SERV No 2 | | 60.60 | 52 | 0.9742 | 59.037 | 0.9779 | 57.667 |
| FO DRAIN | | 4.00 | 30 | 0.9896 | 3.958 | 0.9779 | 3.867 |
| FO OVERFLOW | | 18.00 | 30 | 0.9896 | 17.813 | 0.9779 | 17.400 |
| TOTAL HSFO MT | | | | TOTAL (HSFO+ LSFO) MT | | | 705.28 |
| TOTAL LSFO MT | | | | | | | |

### DIESEL OIL TANKS

| Tank Name | Ullage or Sounding | Observed Volume | Observed Temp. 0C | V.C.F Table 54B | G.S.V | Density at 15 0C | Metric Tonnes |
|---|---|---|---|---|---|---|---|
| | | | | | - | | - |
| | | | | | - | | - |
| | | | | | | | - |
| MGO Storage | 15.00 | 6.40 | 30 | 0.9871 | 6.317 | 0.8347 | 5.266 |
| MGO Service | | 18.00 | 31 | 0.9863 | 17.753 | 0.8347 | 14.799 |
| | | | | TOTAL MGO MT | | | 20.07 |

| Daily Consumption | Fuel Oil | Diesel Oil |
|---|---|---|
| At Sea | | |
| At Loading Port | | |
| At Discharging Port | | |
| At Anchorage | | |

| Last Port of Call: | |
| Date/Time on Departure | |
| Bunkers on Departure | |

Remarks: **TRIM: EVEN KEEL**
FW Tk: 86 M3 /DR Tk: 37 M3/ DIST Tk: 98 M3.
LUBS: 43700 LTRS

D.DIMA
Chief Engineer




| TMS TANKERS LTD | | BUNKER SURVEY REPORT | | | | Work Form WF/OPS/524<br>Issue Date: 01.05.10<br>Revision No: 000<br>Authorised By: GM(T) | |

| Vessel: | M/T NAVE PHOTON | Date: | 11/3/2018 | Time: | 16:00 |
|---|---|---|---|---|---|
| Port: | GOLA | Arrival ☐ | | Departure ☐ | |

### AFTER BUNKERING
### FUEL OIL TANKS

| Tank Name | Ulage | Observed Volume | Observed Temp. 0C | V.C.F Table 54B | G.S.V | Density at 15 0C | Metric Tonnes |
|---|---|---|---|---|---|---|---|
| No 1 P | 379.00 | 3123.40 | 35 | 0.9863 | 3080.609 | 0.9896 | 3,045.182 |
| No 2 S | 436.00 | 1697.40 | 35 | 0.9863 | 1674.146 | 0.9896 | 1,654.893 |
| No 3 S | 1,135.00 | 469.20 | 24 | 0.9938 | 466.291 | 0.9779 | 455.473 |
| SETT No 1 | | 46.70 | 80 | 0.9544 | 44.570 | 0.9779 | 43.536 |
| SETT No 2 | | 69.30 | 55 | 0.9721 | 67.367 | 0.9779 | 65.804 |
| SERV No 1 | | 66.00 | 80 | 0.9544 | 62.990 | 0.9779 | 61.529 |
| SERV No 2 | | 60.60 | 52 | 0.9742 | 59.037 | 0.9779 | 57.667 |
| FO DRAIN | | 4.00 | 30 | 0.9896 | 3.958 | 0.9779 | 3.867 |
| FO OVERFLOW | | 18.00 | 30 | 0.9896 | 17.813 | 0.9779 | 17.400 |
| TOTAL HSFO MT | | | | TOTAL (HSFO+ LSFO) MT | | | 5,405.35 |
| TOTAL LSFO MT | | | | | | | |

### DIESEL OIL TANKS

| Tank Name | Ullage or Sounding | Observed Volume | Observed Temp. 0C | V.C.F Table 54B | G.S.V | Density at 15 0C | Metric Tonnes |
|---|---|---|---|---|---|---|---|
| | | | | | - | | - |
| | | | | | - | | - |
| | | | | | | | - |
| MGO Storage | 455.00 | 158.40 | 34 | 0.9839 | 155.850 | 0.8406 | 130.836 |
| MGO Service | | 14.20 | 31 | 0.9863 | 14.005 | 0.8347 | 11.675 |
| | | | | TOTAL MGO MT | | | 142.51 |

| Daily Consumption | Fuel Oil | Diesel Oil |
|---|---|---|
| At Sea | | |
| At Loading Port | | |
| At Discharging Port | | |
| At Anchorage | | |

| Last Port of Call: | |
|---|---|
| Date/Time on Departure | |
| Bunkers on Departure | |

**Remarks:** TRIM: 3.6 BY STERN
FW Tk: 86 M3 /DR Tk: 37 M3/ DIST Tk: 98 M3.
LUBS: 43700 LTRS

D.DIMA
**Chief Engineer**