# Exhibit B

| | |
|---|---|
| **From:** | Philip Silbereisen <Philip.S@integr8fuels.com> |
| **Sent:** | Thursday, May 17, 2018 12:03 PM |
| **To:** | Isabella Merlin |
| **Subject:** | FW: ORDER CONFIRMATION - NAVE PHOTON |
| **Attachments:** | OrderConfirmation_1873908brendanf.HTML |

**From:** Brendan.Fitzpatrick@GLENCORE-US.COM [mailto:Brendan.Fitzpatrick@GLENCORE-US.COM]
**Sent:** Wednesday, March 14, 2018 8:37 AM
**To:** Philip Silbereisen
**Subject:** ORDER CONFIRMATION - NAVE PHOTON


We are pleased to confirm the attached bunker order.

We thank you for your support.

Best Regards,
BRENDAN FITZPATRICK
GLENCORE LTD.

LEGAL DISCLAIMER. The contents of this electronic communication and any attached documents are strictly confidential and they may not be used or disclosed by someone who is not a named recipient. If you have received this electronic communication in error please notify the sender by replying to this electronic communication inserting the word "misdirected" as the subject and delete this communication from your system.

LEGAL DISCLAIMER. The contents of this electronic communication
and any attached documents are strictly confidential and they may not
be used or disclosed by someone who is not a named recipient.
If you have received this electronic communication in error please notify
the sender by replying to this electronic communication inserting the
word "misdirected" as the subject and delete this communication from
your system.

# ORDER CONFIRMATION - NAVE PHOTON

14-Mar-2018 13:29 GMT

| | |
|---|---|
| Seller | Glencore Ltd. |
| Contact | Brendan Fitzpatrick |
| Date | 03/14/2018 |
| GCHEMSF Ref # | 1873908 |
| Ship | Nave Photon |
| Buyer | Integr8 Fuels Inc. |
| | Integra Fuels Inc |
| | 3 Temasek Avenue |
| | #25-01 Centennial Tower |
| | Singapore 039190 |
| Port | Gom |
| Location | Offshore Loop |
| Bunker Date | 03/14/2018 - 03/17/2018 |

Order Details Product1

| | |
|---|---|
| Product | MGO-2010 |
| Specification | MGO DMA 0.1% (2010) |
| Quantity | 120 - 160 MT |
| Price | USD 655.00 Per MT |
| Quality | ISO 8217:2010 |

Pricing Type
    MTD

Agent
    Ship To Ship Communication

Payment
    30 Days From Date Of Delivery

**Sales Terms:**

Additional Terms: Morholmen and M/V Miss Claudia shall carry out deliveries only within the Lighterage Zones designated by the USCG. Please liaise closely with our Operations personnel with regards to delivery coordination. Bunkers are stemmed for the contracted delivery date(s) above. If a vessel requires bunkers during a time other than the date(s) specified above, such delivery will be on a 'best endeavor' basis. Seller will not be held liable or responsible for any delays, demurrage, or any other additional costs incurred as a result of a 'best endeavor' delivery. Extra costs resulting from changes in delivery quantities and/or delivery locations as requested by owner's/Buyer's agents will be for owner's/Buyer's account. As safety is of primary concern, all deliveries are subject to weather permitting and will be made at the sole discretion of the supply vessel's Captain. In the event that there is a delay in supply, due to but

not limited to, load port / terminal congestion, product availability and/or weather, Seller will keep the Buyer appraised of the situation and work in good faith to minimize any such delays, but under no circumstances will Seller be liable for demurrage or any other additional costs incurred by the Buyer as a result of any such delays. Fuel oil delivered will be in compliance with applicable provisions of Marpol Annex VI, Regulations 14 and 18. Seller's Bunker Delivery Note will provide the information required under Appendix V of Marpol Annex VI. Regarding Annex 2 (sampling guidelines), Seller will provide a properly labeled, sealed Marpol sample to the receiving vessel. Seller will make reasonable attempts to follow the Marpol Guidelines as they apply to sampling provided that local practice, law, and or equipment allow. However, Seller reserves the right to draw the Marpol Sample at the barge out-flange if needed. This decision will be made solely at the discretion of the supply vessel's Captain. If ship-side Marpol sampling is required, Seller must be advised at the time the order is placed so Seller can arrange for a Seller's representative to attend with the cost of this additional service being for the Buyer's account. Sampling and related equipment, in such cases, continue to be the responsibility of the receiving vessel. The barge sample(s) drawn at the bunker tanker manifold shall be deemed the representative commercial sample(s). On Buyer's cancellation of a nomination, or portion thereof, Seller shall be entitled to a fee of $3.00 per metric ton or the lost fuel value, whichever is greater, by way of liquidated damages and as compensation for Seller's relinquishing its rights under the agreement. Lost fuel value shall be considered the difference between the contract price per metric ton and market value of fuel at time of cancellation as determined by Platts Bunkerwire mid-point on the day of cancellation for the closest relevant market. In addition, if Buyer cancels, terminates or otherwise fails to take delivery, in whole or in part, of the quantities nominated, Buyer shall be responsible for any costs resulting from such failure, including without limitation, lost profits and any costs and expenses incurred by Seller to downgrade Marine Fuels as well as return or reallocation of the cancelled or unaccepted quantities of Marine Fuels. This sale shall be governed by the terms of this Order Confirmation together with Glencore Ltd's Standard Terms and Conditions for the Sale of Marine Fuels dated December 2015 (a copy of which is available on request) and the subject product is supplied with the express recognition that procurement was authorized by the owner of the vessel, as defined by section 971 of the federal maritime lien act. All sales will be considered as ratified by the owner, agent, ship's master or charterer. Please note that, in accordance with Glencore Ltd's Standard Terms and Conditions for the Sale of Marine Fuels dated December 2015, late payments will be subject to finance charges of 2 % per month, or the maximum rate permitted under law, whichever is less, calculated from the due date until payment.