```
                                                              USDC SDNY
                                                              DOCUMENT
UNITED STATES DISTRICT COURT                                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                 DOC#:
                                                              DATE FILED: 6/1/2020
```

-----------------------------------------------------------

**VL8 POOL, INC.,**

                **Plaintiff,**

         -against-                        **1:20-cv-02053 (ALC)**

                                                   **ORDER**

**GLENCORE LTD.,**

                **Defendant.**

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      On May 26, 2020, Defendant Glencore Ltd. filed a letter with this Court requesting a pre-motion conference on an anticipated motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6). ECF No. 10. Per this Court's Individual Rules, upon the filing of such a letter motion, the opposing party must within three business days submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiff is ORDERED to respond to Defendant's letter motion by **June 3, 2020** indicating its position on Defendant's contemplated motion.

**SO ORDERED.**

**Dated:  June 1, 2020**
           **New York, New York**                          _____
                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**