USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/23/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

VL8 POOL, INC.,

                      **Plaintiff,**

    -against-                            1:20-CV-02053 (ALC)

                                                **ORDER**

GLENCORE LTD.,

                      **Defendant.**

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of Defendant's letter requesting a pre-motion conference. ECF No. 10. Defendant's request for pre-motion conference is DENIED. Defendants' request for leave to file a motion to dismiss is GRANTED. The Parties are directed to comply with the following schedule:

        Defendants' Motion to Dismiss    August 10, 2020

        Plaintiffs' Opposition    August 24, 2020

        Defendants' Reply    August 31, 2020

**SO ORDERED.**

**Dated:**       **New York, New York**
                **June 23, 2020**

                                                      _____

                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**