UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------- x
VL8 POOL, INC.,                                                   :
                                                                  :
                                     Plaintiff,                   :
                       -against-                                  :
                                                                  :
GLENCORE LTD.,                                                    :     ORDER
                                                                  :
                                     Defendant.                   :     1:20-CV-02053-ALC
                                                                  :
                                                                  :
----------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 14, 2021

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' pre-motion conference letters in connection with Defendant's intended motion to dismiss the Amended Complaint. ECF Nos. 22, 23. Upon review of the submissions, Defendant's request for a pre-motion conference is **DENIED**. Defendant's request for leave to file a motion to dismiss is hereby **GRANTED**. The parties are directed to comply with the following briefing schedule:

- Defendant's Motion to Dismiss: **June 7, 2021**
- Plaintiff's Opposition: **June 21, 2021**
- Defendant's Reply: **June 28, 2021**

**SO ORDERED.**

**Dated: May 14, 2021**
    **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**